

**COUNTY OF SUFFOLK**

**STEVEN BELLONE**
SUFFOLK COUNTY EXECUTIVE

**DENNIS M. BROWN**
COUNTY ATTORNEY

**DEPARTMENT OF LAW**

January 6, 2015

Magistrate Judge Arlene R. Lindsay
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

Re: Lisa Krolikiewicz and Kathleen Waithe v. The County of Suffolk, et al.
Docket No.: 13-CV-3860

Your Honor:

The undersigned represents the defendants in the above referenced matter, and I have conferred with plaintiffs' attorney, Mr. David Rosenberg, regarding this letter. We respectfully request that tomorrow's conference, marked as a "final pre-trial conference" set for January 7, 2015 at 11:30 a.m. with Your Honor be cancelled. With Judge Spatt's permission, I have commenced the process for filing a motion for summary judgment, and counsel and I are in the process of exchanging statements pursuant to Rule 56.1.

I thank the Court for Your Honor's timely attention to this matter.

Very truly yours,

Dennis M. Brown
Suffolk County Attorney

*Megan O'Donnell*
By: Megan O'Donnell
Assistant County Attorney

MOD/lnd

CC: Mr. David Rosenberg, via ECF only

**LOCATION**
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY

■

**MAILING ADDRESS**
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099

■

(631) 853-4049
TELECOPIER (631) 853-5169